UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BRADLEY BEENEY,

       *Plaintiff*,

v.

INSIGHTEC, INC.,
AMIT SOKOLOV, *and*
NEHA DHAWAN,

       *Defendants*.
-------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

    I, WALSY SAEZ, declare under penalty of perjury that on December 6, 2013 at approximately 2:20 p.m., I personally served the Summons and Complaint in this action upon counsel for Insightec, Inc. at the address listed below:

> Owen G. Wallace
> David W. Garland
> Epstein Becker & Green, P.C.
> 250 Park Avenue, 14th Floor
> New York, NY 10177

Dated: New York, New York
       December 6, 2013

_____
WALSY SAEZ

Sworn to before me this 6th day of December 2013

_____
NOTARY PUBLIC

THERESA S. PETERS
Notary Public, State of New York
No. 03-4882379
Qualified in Bronx County
Commission Expires Jan. 5, 2015