# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 13CV8022                                              Date Filed: 11/12/2013

Plaintiff:
**BRADLEY BEENEY**

vs.

Defendant:
**INSIGHTEC, INC., AMIT SOKOLOV, and NEHA DHAWAN**

For:
THE HARMAN FIRM, PC
200 West 57th Street
Suite 900
New York, NY 10019

Received by B.A.R.NONE PROCESS SERVERS on the 27th day of November, 2013 at 5:37 pm to be served on **AMIT SOKOLOV, c/o INSIGHTEC LTD., 4851 LBJ FREEWAY, SUITE 450, DALLAS, TX 75244.**

I, GEOFFREY HINER, being duly sworn, depose and say that on the **10th day of December, 2013 at 1:55 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **CIVIL COVER SHEET and SUMMONS & COMPLAINT - JURY TRIAL DEMANDED and INDIVIDUAL PRACTICES OF JUDGE EDGARDO RAMOS** with the date and hour of service endorsed thereon by me, to: **NADIR ALIKACEM** as **CLINICAL TRIALS DIRECTOR**, a person employed therein and authorized to accept service for **AMIT SOKOLOV** at the address of: **c/o INSIGHTEC LTD., 4851 LBJ FREEWAY, SUITE 450, DALLAS, TX 75244**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: TEXAS
County: DENTON

Subscribed and Sworn to before me on the 13TH day of December, 2013 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

DYAN HINER
MY COMMISSION EXPIRES
November 12, 2015

GEOFFREY HINER
SCH627

B.A.R.NONE PROCESS SERVERS
68 JAY STREET
SUITE 201
BROOKLYN, NY 11201
(347) 674-2668
Our Job Serial Number: BNP-2013001384

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

