UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Beeney

                Plaintiff,

Case No. 13 CV 8022 (ER)

    -against-

InSightec, Inc., et al.

                Defendant.
------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        **Walker G. Harman, Jr.**
        _____
        FILL IN ATTORNEY NAME

My SDNY Bar Number is: WH-8044    My State Bar Number is 3027034

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: The Harman Firm, PC
              FIRM ADDRESS: 200 West 57th Street, Suite 900, New York, NY 10019
              FIRM TELEPHONE NUMBER: (212) 425-2600
              FIRM FAX NUMBER: (212) 202-3926

NEW FIRM:   FIRM NAME: The Harman Firm, PC
              FIRM ADDRESS: 1776 Broadway, Suite 2030, New York, NY 10019
              FIRM TELEPHONE NUMBER: (212) 425-2600
              FIRM FAX NUMBER: (212) 202-3926

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/1/2014

                                                         s/ Walker G. Harman, Jr.
                                                         ATTORNEY'S SIGNATURE