UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

BRADLEY BEENEY,

                Plaintiff,

       - against -

INSIGHTEC, INC., AMIT SOKOLOV and
NEDA DHAWAN,

                Defendants.

---------------------------------------------x

Case No. 13 Civ. 8022

**ECF**

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

        PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for defendant InSightec, Inc.

Dated: New York, New York
       January 22, 2014

EPSTEIN BECKER & GREEN, P.C.

By:  s/David W. Garland
      David W. Garland
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
*Attorneys for Defendant InSightec, Inc.*