UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRADLEY BEENEY,

      Plaintiff,

- against -

INSIGHTEC, INC., AMIT SOKOLOV *and* NEDA DHAWAN,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13 Civ. 8022

**ECF**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 InSightec, Inc. hereby discloses the following corporate information:

  InSightec, Inc. is a wholly-owned U.S. subsidiary of InSightec Ltd., an Israeli corporation privately held by Elbit Imaging, General Electric, and MediTech Advisors.

Dated: New York, New York
   January 28, 2014

EPSTEIN BECKER & GREEN, P.C.

By: s/David W. Garland
   David W. Garland
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
*Attorneys for Defendant InSightec, Inc.*