# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

1776 BROADWAY | SUITE 2030 | NEW YORK CITY 10019

TELEPHONE 212.425.2600 | FAX 212.202.3926

WWW.THEHARMANFIRM.COM

```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
                                DOC #:
                                DATE FILED: FEB 04 2014
```

February 3, 2014

**SO ORDERED**

**VIA FACSIMILE (212) 805-6737**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The conference is adjourned to
February 25, 2014 at 9:30 a.m.

FEB 04 2014

*/s/ George B. Daniels*

Re: *Beeney v. InSightec, Inc., et al.*
13 CV 8022 (GBD) (S.D.N.Y.)

**HON. GEORGE B. DANIELS**

Dear Judge Daniels:

This firm represents Plaintiff Bradley Beeney in the above employment discrimination, retaliation and pay action, wherein he sued his former employers (*i.e.*, one (1) corporation and two (2) individuals).

We write to respectfully request a brief adjournment of the February 21, 2014 Pre-Motion Conference that was scheduled in the January 28, 2014 Order, as I have previously scheduled family vacation during Presidents' week.

Pursuant to Paragraph 2(E) of Your Honor's Individual Practices, we respectfully advise the Court that no previous requests for adjournment have been sought and Defendants' counsel has consented to our request. Their availability coincides with ours on Tuesday, February 25 and Wednesday, February 26, 2014, if either date should please the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
THE HARMAN FIRM, PC

s/ Ronnie L. Silverberg
Ronnie L. Silverberg

cc: David W. Garland, Esq. (via ECF)
Walker G. Harman, Jr. (via email, wharman@theharmanfirm.com)
Bradley Beeney (via email)