AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Beeney | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13 CV 8022 (GBD) |
| InSightec, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 02/24/2014

s/ Ronnie L. Silverberg
*Attorney's signature*

Ronnie L. Silverberg, 2458487
*Printed name and bar number*

The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019
*Address*

rsilverberg@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*