# THE HARMAN FIRM, PC

**Attorneys & Counselors At Law**
www.theharmanfirm.com

July 25, 2014

**Via ECF and U.S. Mail**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *Beeney v. InSightec, et al.*
             13 Civ. 8022 (GBD) (S.D.N.Y.)

Dear Judge Daniels:

    We represent Plaintiff Bradley Beeney in the above-referenced employment discrimination action.

    The parties have agreed to submit the enclosed jointly proposed protective order concerning discovery in this action, which we respectfully request that the Court so order. We also advise the Court that pursuant to L. Civ. R. 18.3, a Microsoft Word version of the enclosure has been submitted to judgments@nysd.uscourts.gov.

    We thank the Court for its time and attention to this matter.

                             Respectfully submitted,
                             THE HARMAN FIRM, PC


                               /s/   Walker G. Harman, Jr.
                             Walker G. Harman, Jr.


Encl.


cc:    David W. Garland (via ECF)
       Ronnie L. Silverberg (via ECF)